# *United States District Court*

***District of Minnesota***

Graphic Communications International
Union Local 1B Health and Welfare Funds

Plaintiff(s)

vs.

Civil Case No. 00-78 MJD/JGL

The Crepeau Company
d/b/a Crepeau Graphics,
Ramaley Printing and
Northwest Print Crafters

Defendant(s)

## CLERK'S ENTRY OF DEFAULT

It appearing that The Crepeau Company d/b/a Crepeau Graphics, defendant, is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**Default is hereby entered against**

The Crepeau Company d/b/a Crepeau Graphics

this 22nd day of February, 20 00.

FRANCIS E. DOSAL
Clerk of Court

By: Shirley Hansen
Deputy Clerk

9