UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Graphic Communications International Union Local 1B Health and Welfare Funds,

Plaintiff,

File No. 00-CV-78 MJD/JGL

v.

The Crepeau Company d/b/a Crepeau Graphics, Ramaley Printing and Northwest Print Crafters,

Defendant.

**ORDER**

---

Graphic Communications International Union Local 1B Health and Welfare Funds,

Plaintiff,

File No. 00-CV-377 MJD/JGL

v.

The Crepeau Company d/b/a Crepeau Graphics, Ramaley Printing and Northwest Print Crafters,

Defendant.

---

FILED MAR 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Now before the Court is Plaintiff's motion to consolidate.

The Court having heard the arguments of counsel and being otherwise fully advised, IT IS HEREBY ORDERED THAT:

1. Graphic Communications International Union Local 1B Health and Welfare Funds v. the Crepeau Company d/b/a Crepeau Graphics, Ramaley Printing

and Northwest Print Crafters, Court File No. 00-CV-78 and Graphic Communications International Union Local 1B Health and Welfare Funds v. the Crepeau Company d/b/a Crepeau Graphics, Ramaley Printing and Northwest Print Crafters, Court File No. 00-CV-377 are hereby consolidated into Court File No. 00-78 (MJD/JGL).

Dated: March 14, 2000

Honorable Jonathan G. Lebedoff
United States Magistrate Judge

23338