UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Graphic Communications International Union Local 1B Health and Welfare Funds,

Plaintiff,

v.

The Crepeau Company d/b/a/ Crepeau Graphics, Ramaley Printing and Northwest Print Crafters,

Defendant(s).

Civil File No. 00-CV-78 MJD/JGL

**ORDER**

---

Graphic Communications International Union Local 1B Health and Welfare Funds,

Plaintiff,

v.

The Crepeau Company d/b/a/ Crepeau Graphics, Ramaley Printing and Northwest Print Crafters,

Defendant(s).

Civil File No. 00-CV-377 MJD/JGL

---

Now before the Court is the motion of Plaintiff Graphic Communications International Union Local 1B Health and Welfare Funds for a default judgment



FILED JUL 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUL 27 2000
DEPUTY CLERK

against Defendant The Crepeau Company d/b/a Crepeau Graphics, Ramaley Printing, and Northwest Print Crafters. Defendant has been served with plaintiff's Summons and Complaints. Defendant did not appear or otherwise respond to the Complaints. Accordingly, based on all the files, records, and pleadings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's motion is granted;

2. Judgment is entered against The Crepeau Company in the amount of $3,594.81; and

4. Plaintiff may apply to this Court for an award of any additional interest, attorneys' fees or costs incurred in collecting this Judgment.

Dated: 7-26-00

Michael J. Davis
United States District Court Judge

24947.1